**Motion granted, appeal dismissed, and Memorandum Opinion filed May 9, 2024.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-24-00233-CR

———————

### EX PARTE DEVIN EUGENE STANLEY

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. 24DCV0184**

### MEMORANDUM OPINION

A written request to dismiss the bail habeas appeal, reflecting that appellant has been able to make bond and is no longer contesting the trial court's habeas judgment, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b)